Tadeus Stanislowaitis, appellee, v. William Uselis, appellant. Gen. No. 28,824.

Forcible entry and detainer. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes,

Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed June 30, 1924. Rehearing denied July 11, 1924.

John J. Sonsteby and Joseph A. Ambrosius, for appellant; Joseph A. Peppets, of counsel. E. W. Rice and John H. McAuliffe, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.